Alex Chowanec, appellee, v. Cudahy Brothers Company, appellant. Gen. No. 25,857.

Action for damages for personal injuries sustained by plaintiff when struck by an automobile belonging to defendant while in the use of an employee for his own pleasure. Verdict and judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. John J. Sullivan, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1920. Reversed with finding of fact. O'Connor, P. J., specially concurring. Opinion filed October 5, 1921.

Oscar A. Knittel, for appellant. Finn & Miller, for appellee; William M. Johnson, of counsel.

Mr. Justice Thomson delivered the opinion of the court.

---

W. O. Stephens, appellee, v. Nicholas G. Bakan, appellant. Gen. No. 25,869.

Action of forcible detainer after termination of tenancy by notice. Judgment for plaintiff for possession. Appeal from the Municipal Court of Chicago; the Hon. John F. Haas, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1920. Affirmed. Opinion filed October 5, 1921.

Litsinger, Healy & Reid, for appellant. Arthur J. Haggenjos, for appellee.

Mr. Justice Thomson delivered the opinion of the court.

---

Corn Exchange National Bank, defendant in error, v. William F. Benzing, plaintiff in error. Gen. No. 25,881.

Action on promissory notes given in payment of subscription to capital stock. Judgment for plaintiff. Error to the Municipal Court of Chicago; the Hon. Samuel H. Trude, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1920. Affirmed with damages. Opinion filed October 5, 1921.

Robert F. Munsell, for plaintiff in error. Gardner, Foote, Burns & Morrow, for defendant in error; Walter M. Fowler, of counsel.

Mr. Justice Thomson delivered the opinion of the court.

---

Drexel Storage & Transfer Company, appellant, v. Hotel La Salle Company, appellee. Gen. No. 25,890.

Action for damages sustained in a collision of defendant's taxicab with plaintiff's truck. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. Bernard P. Barasa, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1920. Reversed and judgment here. Opinion filed October 5, 1921. Rehearing denied October 17, 1921.

Irving E. Read, for appellant. Price & Martin, for appellee.

Mr. Justice Thomson delivered the opinion of the court.